**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | **Case No. 26-ml-9999** |

**NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 18-ml-00690 UPON CLOSE OF INVESTIGATION**

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 18-ml-00690, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512

- Signed Warrant

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712.   In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed."   2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020).   The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket

1

indicating the matter is closed and identifying, by filed document number, the unredacted versions

of the government-redacted documents to remain under seal."   *Id*. at *3; *see also id*. at *5

(contemplating a government "motion to unseal, indicating that a case is closed and signaling to

the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF

number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must
be able to redact documents in order to protect privacy and law enforcement interests," *Matter of
Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).  Specifically, the Court "ORDERED that the
government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an
> order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or
> witness, investigator, informant, or other person of interest in, a criminal
> investigation, and regardless of whether the investigation ultimately resulted in
> criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9,
2021).  In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and
thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement
interests."   964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199


By: _____
Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.   20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*

INFORMATION ASSOCIATED WITH USERNAMES: ▮▮▮▮▮ AND ▮▮▮▮▮ THAT IS STORED AT PREMISES CONTROLLED BY ▮▮▮▮▮

)
)
)
)
)
)

Case 1:18-ml-0690
Assigned To: Magistrate Judge Robin M. Meriweather
Date Assigned: 09/20/2018
Description: Search and Seizure Warrant

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
computer servers and records of ▮▮▮▮▮ located at ▮▮▮▮▮, for information associated with the ▮▮▮▮▮

located in the ▮▮▮▮▮, there is now concealed *(identify the person or describe the property to be seized)*:
certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B to this document.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | As set forth in the annex describing the Relevant Provisions of ▮▮▮▮▮ |

The application is based on these facts:

See attached affidavit incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days ▮▮▮▮▮ ) is requested under 18 U.S.C. § 3103a, the basis of which is set ▮▮▮▮▮

Sworn to before me and signed in my presence.

Date: _____ 09/20/2018 _____

_____
*Judge's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U. S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
THE ▮▮▮

THAT IS STORED AT PREMISES
CONTROLLED BY ▮

Case 1:18-ml-0690
Assigned To: Magistrate Judge Robin M. Meriweather
Date Assigned: 09/20/2018
Description: Search and Seizure Warrant

RE: DOJ ▮

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, ▮ being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for

information associated with a certain ▮ accounts that are stored at premises owned,

maintained, controlled, or operated by ▮, an electronic-storage company

headquartered at ▮

The information to be

searched is described in the following paragraphs and in Attachment A.  This affidavit is made in

support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A),

2703(c)(1)(A), and 3512(a), to require ▮ to disclose to the government records and other

information in its possession, further described in Section I of Attachment B, pertaining to the

subscriber or customer associated with the usernames.  Upon receipt of the information described

in Section I of Attachment B, government-authorized persons will review that information to

locate the information described in Section II of Attachment B, using the procedures described in

Section III of Attachment B.

2.      The information requested in this search warrant is being sought pursuant to a

request for assistance ("Request") from █████████████████████████████████

███████████████████████, who are conducting an investigation concerning violations

███████████████████████████████████ A copy of the applicable

law is appended to this affidavit.  This Request is made pursuant to ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

assistance in response to this Request.

3.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have

been since █████  I am currently assigned to the ████████████████████████████

████████████████████ in Washington, D.C.  My current duties include responding to requests

from foreign governments pursuant to mutual legal assistance treaties, including serving as the

affiant on search warrant affidavits, serving search warrants, and reviewing the data received in

response thereto for relevance in compliance with the parameters of the search warrants.

4.      During my employment with the FBI, I have conducted investigations related to

██████████████████████████████████████████████████████

████████████████  I have also worked on numerous ██████████████████████

investigations.  I have experience in the execution of search warrants and the analysis of

collected evidence.  Additionally, I have received training in the operation of computers and the

2

collection and handling of digital evidence.  I have been trained by the FBI as a ████████

████████████████████████ and received specialized training in ████████████████████████

████████████████████████████████████████████████████

5.     Based on my training and experience and the facts as set forth in this affidavit,

there is probable cause to believe that violations of the criminal law of ████████████████

████████████████████████████████████ have been committed by the

person(s) using the ████████ accounts associated with████████████████████████████

There is also probable cause to search the information described in Attachment A for evidence,

instrumentalities, contraband or fruits of these crimes further described in Attachment B.

<u>**JURISDICTION**</u>

6.     This Court has jurisdiction to issue the requested warrant because it is "a court of

competent jurisdiction" as defined by 18 U.S.C. § 2711.  *See* 18 U.S.C. § 2703(a), (b)(1)(A) &

(c)(1)(A).  Specifically, the Court "is acting on a request for foreign assistance pursuant to [18

U.S.C.] section 3512 . . . ."  18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B)

(court may issue "a warrant or order for contents of stored wire or electronic communications or

for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for

execution of a request from a foreign authority under this section may be filed . . . in the District

of Columbia").

7.     This application to execute ████████████████ request has been approved and

duly authorized by an appropriate official of the Department of Justice, through the Office of

International Affairs ("OIA").[1]  *See* 18 U.S.C. § 3512(a).  An OIA attorney has reviewed the

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International
Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and
executive agreements between the United States and other countries pertaining to mutual assistance in

request, as well as the supplemental information provided by ████████████ confirmed

that it was submitted by authorities in ████████████ in connection with a criminal

investigation and/or prosecution, and authorized the undersigned to file this application with the

assistance of the U.S. Attorney's Office in the District of Columbia.

## PROBABLE CAUSE



8.      ████████████████████ are investigating ████████████ for

distributing indecent images of children, which is a violation of the criminal code of ████

█████████████████████████████████████████████████

████████████

9.      In early ████████, the Police ████████ received information from

the National Center for Missing and Exploited Children (NCMEC) related to the suspected

possession, manufacture, and distribution of child pornography by two ████ users: (1)

████ user ████ with screen/user name ████████ email address

████████████████████ and ██████████████████████████████ and

(2) ████ user ████ with screen/user name ████ email address

████████████ and profile ████████████████████████ he information also

showed that the two ████ users had accessed the internet through the same IP address in

████████████, which suggests that the accounts belonged to the same individual.

10.     Specifically, the information provided by NCMEC indicated that between ████

████, and ████████████ the ████ user(s) with screen names ████████ nd

████████ uploaded indecent images of children including (1) a ████████ image of a

criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

crouched and naked ███████████ approximately ████ years of age in appearance based on the stage and development of ████ body, that was uploaded on ███████████ by ███████████ ; (2) an image of a ██████ approximately ██ to ██ year of age in appearance based on the underdeveloped nature of ████████ and body shape, wearing only ████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

that was uploaded by ██████████ on ███████████ (3) an image of a ██████ approximately ██ years of age in appearance based in part on ████ facial features and ████ underdeveloped body shape, wearing a ████████████████████████████████████████████████

████████████████████████████████████████ that was uploaded on ███████████

(4) an image of a ██████ approximately ██ to ██ ears of age in appearance based on the minimal development of ████████ and body shape, posing in a ████████████████████

████████████████████████████████████ , that was uploaded by ██████████ on

███████████████████ and (5) an image of a ██████ approximately ██ to ██ years of age in appearance, wearing what appears to be a ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████ hat was uploaded by

██████ on ████████████████████

      11.    Using the information provided by NCMEC, ████████████████████

determined that the ██████ account ███████████████ was associated with ███████████

of ███████████████ Officers from the ████████████████████ obtained a court order to

search the suspected home o ███████████████ in ████████████████ and executed the order

on ████████████████████████████ the sole occupant of the home, was questioned by police

5

officers and admitted that he was the owner and sole user of all electronic devices within the home and that the ███████████████████████████████ and ███████████████ associated with the ████████████████████████████ were used exclusively by him.

12.    A forensic analysis of the electronic devices recovered from ████████████ home did not reveal any suspected indecent images or related files or search terms, however, the ████████ application was installed on one of the tablets that was recovered from the home and traces of the ████████████████████ were also located on that device.

**BACKGROUND CONCERNING** ████████████

13.    Based on my training and experience and a review of ████████ law enforcement guidelines available at ████████████████████████████████ I have learned that ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

14. 

15.

16.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

17.     The execution of this search warrant expects to recover child pornographic evidence that was transmitted electronically, evidence of who or what accounts the images were transmitted, and communications between users of accounts  which are evidence of a crime and evidence of instrumentalities used to commit criminal acts.   I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Pinterest to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

## CONCLUSION

18.     Based on the forgoing, I request that the Court issue the proposed search warrant. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Because the warrant will be served on          who will

8

then compile the requested records at a time convenient to it, there exists reasonable cause to

permit the execution of the requested warrant at any time in the day or night.



Federal Bureau of Investigation

Subscribed and sworn to before me on _____SEP 2 0 2018_____, 201____

_____

UNITED STATES MAGISTRATE JUDGE

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

9

**<u>Relevant Provisions</u>** 







AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH USERNAMES: ██████ AND ██████ THAT IS STORED AT PREMISES CONTROLLED BY ██████ | )<br>)<br>)<br>)<br>)<br>)    Case 1:18-ml-0690<br>Assigned To: Magistrate Judge Robin M. Meriweather<br>Date Assigned: 09/20/2018<br>Description: Search and Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ██████████████████████
*(identify the person or describe the property to be searched and give its location)*:

computer servers and records of ██████████ located at ██████████████████████████ for information associated with ██████████████████████

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B to this document.

**YOU ARE COMMANDED** to execute this warrant on or before      OCT 0 4 2018      *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      Robin M. Meriweather, U.S. Magistrate Judge      .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:      SEP 2 0 2018 *2:05pm*      *Robin M. Meriweather*
*Judge's signature*

City and state:      Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with ████████ account(s) associated with the usernames ████████ and ████████ that is stored at premises owned, maintained, controlled, or operated by ████████ a company headquartered at ████████████████ ████████████████████████████████████████████████████████ ████████████████████

13

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

**I.    Information to be disclosed by** █████████

To the extent that the information described in Attachment A is within the possession, custody, or control of █████████, including any comments, records, files, logs, or information that have been deleted but are still available to █████████ or have been preserved pursuant to a request made under Title 18 U.S.C. § 2703(f) (or any other provision of law pertaining to the preservation of records), █████████ is required to disclose the following information to the government for the Accounts listed in Attachment A:

a.    From █████████ to and including █████████, all documents, files, or other content which is (or has been) stored in, or contained in, associated with, or deleted on behalf of, the Accounts;

b.    From █████████ to and including █████████ all existing printouts from original storage of the files described above;

c.    From █████████ to and including █████████ all media content linked to or uploaded by the user(s) of the Accounts;

d.    From █████████, to and including █████████ all activity logs for the Accounts and all other documents for the Accounts showing the user(s)'s █████████ ████████████████████████████████████

e.    From ███████████ to and including ███████████ all transactional records of activity related to the Accounts, including log files, search history logs, shared links or content, password-protected links, Internet Protocol ("IP") addresses that logged into the Accounts, records of session times and durations, dates and times of connecting, methods of connecting, and device data;

f.    All business records and subscriber information, in any form kept, pertaining to the Accounts, including full names, addresses, billing addresses and/or shipping addresses of all subscriber(s), the date that the Accounts were opened, the length of service and the types of service utilized for the Accounts, credit information including any credit report obtained prior to authorizing service for the Accounts, all email addresses associated with the Accounts, all usernames associated with the Accounts, all other unique identifiers associated with the Accounts, and all social security numbers, dates of birth, telephone numbers, and other identifiers associated with the Accounts;

g.    All billing records associated with the Accounts, showing all billable services;

h.    All payment information associated with the Accounts, including dates and times of payments and means and source of payment (including any credit or bank account number); and

i.    All records indicating the services available to subscribers of the Accounts.

The Provider shall deliver the information set forth above via United States mail or courier to: ███████████ Federal Bureau of Investigation, J. Edgar Hoover Building, ███████████ 935 Pennsylvania Ave., NW, Washington D.C. 20535-0001 or email to ███████████

2

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, or instrumentalities of, or contraband from, violations of the criminal law of ███████████████ ████████████████████████████████████████ from ███████████ to and including ███████████████ including, for the ███████ accounts identified on Attachment A, information pertaining to the following matters:

(a) Evidence relating to the creation, receipt, distribution, possession, or publication of indecent photographs or images of a child;

(b) Evidence indicating how and when the ███████ accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the ███████ account owner(s);

(c) Evidence indicating the accounts' owners' state of mind, *e.g.,* intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation; and

(d) The identity of the person(s) who created or used the ███████ accounts.

## III.   Government procedures for warrant execution

The United States government will conduct a search of the information produced by ███████ and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States.

3

Law enforcement personnel will then seal any information from ███████ that does not fall within the scope of Section II and will not further review the information absent an order of the Court.

4