**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH)

**Case No. 26-ml-9999**

## NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 23-ml-00557 UPON CLOSE OF INVESTIGATION

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 23-ml-00557, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512 (Original ECF Dkt. No 3)

- Signed Warrant (Original ECF Dkt. No. 3)

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712. In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed." 2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020). The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions

1

of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket indicating the matter is closed and identifying, by filed document number, the unredacted versions of the government-redacted documents to remain under seal."  *Id*. at *3; *see also id*. at *5 (contemplating a government "motion to unseal, indicating that a case is closed and signaling to the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).  Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9, 2021).  In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests."  964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199


By: _____
Michael Lyness
NJ Bar Number 908452012
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C.   20530
(202) 616-2999 telephone
(202) 514-0080 facsimile
Michael.Lyness@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with ▮▮▮▮▮▮ stored at<br>premises controlled by ▮▮▮▮▮▮ | )<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 23-mj-557 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference

located in the ▮▮▮▮▮▮▮▮▮▮▮ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| See Attached Affidavit in<br>Support of Search Warrant | |

The application is based on these facts:

See Attached Affidavit in Support of Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: _____

City and state: _____ D.C.

*Judge's signature*

Robert B. Collings, U.S. Magistrate Judge

*Printed name and title*

2023.03.21
17:12:12 -04'00'

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY ███████████ PURSUANT TO 18 U.S.C. 2703 AND 3512 | **ML No. 23-ml-557** <br><br> **Filed Under Seal** |

*Reference: DOJ Ref.* ███████████ *Subject Account:* ███████████

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, ███████ being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information which is associated with one account – that is, ███████████ – which is stored at premises controlled by ███████ ("PROVIDER"), an electronic communications services provider and/or remote computing services provider which accepts service of process at ███████ ███████████████████ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a), to require PROVIDER to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.      The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ███████████████████████

████████████, transmitted to Washington, D.C. ████████████ are investigating ████ ████████████████████ for threats and terrorism offenses, which occurred between at least ████ ████████████████, in violation of the criminal law of ████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████

     3.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since ████ I am currently assigned to ████████████████████████████████████ ████████████████████ in Washington, D.C. My current duties include responding to requests from foreign governments pursuant to mutual legal assistance treaties, including serving as the affiant on search warrant affidavits, serving search warrants, and reviewing the data received in response thereto for relevance in compliance with the parameters of the search warrants. During my employment with the FBI, I have conducted investigations related to numerous white collar investigations. I have experience in the execution of search warrants and the analysis of collected evidence. Additionally, I have received training in the operation of computers and the collection and handling of digital evidence.

     4.     The facts set forth in this affidavit are based upon information conveyed to the United States via a request made by ████████████████ and upon my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

     5.     Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of the criminal laws of

█████ have been committed by ████████ There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

7.      This application to execute ████████ request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Criminal Division, Office of International Affairs ("OIA").[1] *See* 18 U.S.C. § 3512(a). An OIA attorney has authorized the undersigned to file this application.

## PROBABLE CAUSE

Statements by ████████████████

8.      On ████████████████████ went to ████████ residence to investigate a lead that ████████ was considering carrying out a mass killing. Upon their

---

[1] The Attorney General, through regulations and Department of Justice directives, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81B and 81C (2018).

arrival, █████████ told police that he had considered using █████████ to kill █████████ He also stated that he would feel neither sympathy nor remorse, as he had been bullied at █████████ and wished to take revenge █████████ specifically █████████ between █████████ years of age.

9.      █████████ additionally told █████████ that he had █████████ █████████ but admitted to taking several preparatory steps, including: (1) obtaining the component parts for a homemade ██████████████████████████████ ██████████████████████████████████ (2) carrying out █████████ of a specific █████████████████████████ through taking photographs of the ████████ █████████ its entrances and gates, and the surrounding areas, and by driving around its perimeter to canvass the area; and (3) conducting online research of mass killings and executions, by watching videos online and saving pictures and videos to his personal computer.

10.     Based on these admissions, on █████████████████████ arrested █████████

11.     On █████████████████ executed a lawful search of █████████ residence, vehicle, and work locker.  Pursuant to that search, █████████ lawfully seized █████████ mobile phone, computers, external ██████████████████████ █████████ the above-referenced components for a █████████████████ and six ██████ planners from the ████████████████████ drawn on the cover.

<u>Analysis of █████████ Devices</u>

12.     █████████████ analyzed █████████ seized devices, and discovered additional evidence indicating █████████ intention to commit a mass casualty attack.  As described in detail below, this evidence included: (1) messages referencing bombs and explosives sent by

███████████████████████ (2) a killing ████████ and (3) comments referencing the

user's planned mass killing posted by ███████████████████████

███████████████████████

13.     ███████████████ analysis of ███████████ desktop computer uncovered cached

data pertaining to a chat group created by, and messages sent by, ███████████ with the display

███████████████ between ████████ and ███████████ containing content relating to bombs,

explosives, and electric devices. ███████████████ described the content as follows:

- ███████████████████████████████████████████████

  ███████████████████████████

- ███████████████████████████████████ sent a message stating, ██████████

  ███████████████████████████████████████

  ███████████████████████████████████

  ███████████████████████████████████████████

  █████████████████████████████████████████

  █████████████████████████████████

- ███████████████████████████████████ sent a message stating, ██████████

  ███████████████████████

- ███████████████████████████████████ sent a message stating, ██████████

  ███████████████

14.     Following the discovery of this cached data, during further analysis of

███████████ devices, ███████████████ determined that ██████████ used the ███████████

_____

████████████████████████████████████████████████████████████████████████████



██████████████████████████████ confirmed this ████████ was synchronized between ████████ desktop computer and his mobile telephone, and it appeared to be the primary ████████ linked to his mobile phone.

15.    During additional analysis of ████████ devices, ████████ uncovered █ ████ from ██████████████████████ including account ████████████, which referenced the ██████████████████████████████████ also located █ ████ from ████ confirming purchases by ████████████ for additional data. ████████ ████████ thus believe that ██████████████████████████, and that he used ████████████ to create the above-referenced ████████ and messages.

████████████

16.    According to ████████████ analysis of ████████ desktop computer also uncovered a word document which they described as a ██████████████████████ ██████████████████████████████████████████ Analysis of the ████████ revealed that ████████ created the word document on ████████████, and last edited the document on ████████████

████████████████

17.    Finally, following their forensic download of ████████ desktop computer, ████████████ discovered cached data showing that on ██████████████████ ████████████ posted a message stating, ██████████████████████████ on the ████████████ The cached data contained a content link which allowed ██████████ to retrieve the (redacted) ████ post, and through open-source research on ████████████ ██████████████████████████ recovered additional comments posted by ██████████████████████████ which suggested that

█████████████████████ was planning on carrying out a mass casualty attack.

18. Specifically, ███████████ discovered that in addition to the above-referenced message, ████████████████ also posted the following comments on or about ████████████:

- ████████████████████████████
- ████████████████████████████
- █████████████████████████████████ ████████████
- █████████████████████████████████ ████████████████████████████████ ████████████

19. ████████████ analysis of ██████████ devices revealed that ███████████ ████████████ was also linked to the ████████████████████████ uncovered multiple █████ from ██████████████████ all dated ████████████ ████ which advised the user of ███████████████ (a) that other ████████ had reported the ████████████████ account; (b) that the ████████████████ account had been █████████████████████████████████ and (c) that ██████ had been ████████ █████████████████████████████████ ██████

20. In addition, ████████████ analysis of █████████ desktop computer uncovered two ████████ searches, both dated ████████████ wherein ████████ searched ██████ ████████████████████████████████████ ██████ to research and/or discuss terrorist activity beginning in or around ████████████

21. Based on their investigation thus far, ▓▓▓▓▓▓ have uncovered evidence indicating that ▓▓▓▓ has been researching and planning a mass casualty attack since at least ▓▓▓▓ and has taken significant prepatory steps to execute that attack. Namely, ▓▓▓▓ have evidence indicating that ▓▓▓▓ searched the internet for information on how to make a bomb, created ▓▓▓▓ and sent ▓▓▓ messages pertaining to ▓▓▓ ▓▓▓▓ researched and purchased materials to create ▓▓▓▓ ▓▓▓▓ describing his plans to kill ▓▓▓ and finally, decided to carry out his ▓▓▓▓ attack against ▓▓▓ and advertised his intention to carry out the attack through a series of ▓▓▓▓ in ▓▓▓▓

22. ▓▓▓▓ openness to ▓▓▓▓ about his desire to carry out a mass killing, as well as his months-long research, planning, and known postings on ▓▓▓ and ▓▓▓ regarding bombs and killing during this period, there is reason to believe that ▓▓▓▓ posted additional content pertaining to his planned attack.

23. Thus, to confirm the identity of the user of the account and further their criminal investigation, ▓▓▓▓ now seek certain records for the ▓▓▓ account with ▓▓▓ ▓▓▓▓ As indicated above, this application seeks records and other information from on or about when ▓▓▓ likely searched ▓▓▓ for information on how to make a bomb, to on or about when ▓▓▓ arrested ▓▓▓ and seized ▓▓▓ electronic devices, in accordance with the timing and expansion of ▓▓▓ research, planning, and communications relating to the mass attack.

**BACKGROUND CONCERNING PROVIDER'S ACCOUNTS**

24. PROVIDER is the provider of the internet-based account identified by ▓▓▓▓

25. ███████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████

26. ███████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████

27. ███████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████████████ .
███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████

28.　████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████

29.　████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

30. ████████████████████████████████████████

31. ████████████████████████████████████████

32. ████████████████████████████████████████

33. ████████████████████████████████████████

34. ████████████████████████████████████████



37.     Based on my training and experience, I know that subscribers can communicate directly with PROVIDER about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Providers such as PROVIDER typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

38.     As explained herein, information stored in connection with a PROVIDER account may provide evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, captured video and audio contents, images, comments, and other data collected by PROVIDER

products about the surrounding environment can be evidence of who was present at a particular physical location at a relevant time. This geographic and timeline information may tend to either inculpate or exculpate the ▮▮▮ account owner or others connected to the crime. [3]

## REQUEST TO SUBMIT WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

39. I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure, permission to communicate information to the Court by telephone in connection with this Application for a Search Warrant. I submit that OIA Trial Attorney ▮▮▮ ▮▮▮ an attorney for the United States, is capable of identifying my voice and telephone number for the Court.

---

[3] At times, ▮▮▮ providers such as PROVIDER can and do change the details and functionality of the services they offer. While the information in this section is true and accurate to the best of my knowledge and belief, I have not specifically reviewed every detail of PROVIDER's services in connection with submitting this application for a search warrant. Instead, I rely upon my training and experience, and the training and experience of others, to set forth the foregoing description for the Court.

## CONCLUSION

40.     Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on PROVIDER who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,



Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 21, 2023.

2023.03.21
17:13:33
-04'00'

UNITED STATES MAGISTRATE JUDGE

**Relevant Provisions**





AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ❑ Original     ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with ▇▇▇▇▇ stored at<br>premises controlled by ▇▇▇▇▇ | )<br>)<br>)<br>)<br>)<br>) | Case No. 23-ml-557 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before      April 4, 2023     *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Robert B. Collings, U.S. Magistrate Judge     .
                                                           *(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for     days *(not to exceed 30)*    ❑ until, the facts justifying, the later specific date of             .

Date:                                                                *Judge's signature*

2023.03.21 17:11:23 -04'00'

City and state:     Washington, D.C.                   Robert B. Collings, U.S. Magistrate Judge
                                                                  *Printed name and title*

## <u>ATTACHMENT A</u>
### Property to be Searched

This warrant applies to information that is associated with the ███████ account identified

by ███████████ and is stored at premises owned, maintained, controlled, or operated by

███████████ a company that accepts service of legal process at ███████████████████████

███████████████████

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

**I.**  **Information to be disclosed by** ████████ **("PROVIDER") to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of PROVIDER, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or other information that have been deleted but are still available to PROVIDER, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), PROVIDER is required to disclose the following information to the government for each account or identifier listed in Attachment A (the "Account"):

   a.  For the time period from ████████ to, and including, ████████: The contents of all communications and related transactional records for all PROVIDER services used by an Account subscriber/user (such as ████████████

████████████████████████████████

████████████████████████████████

including but not limited to ████████████████████

████████████████████████████████

████ source and destination addresses and header or routing information for each communication (including originating Internet Protocol ("IP"); the date, size, and length of each communication; and any user or device identifiers linked to each communication (including cookies);

b. For the time period from ███████, to, and including, ███████ All records or other information related to the Account, including ███████ ████████████████████████████████████;

c. For the time period from ███████ to, and including, ███████ All records and other information concerning any document, or other computer file created, stored, revised, or accessed in connection with the Account or by an Account user, including the contents and revision history of each document or other computer file, and all records and other information about each connection made to or from such document or other computer file, including the date, time, length, and method of connection; server log records; data transfer volume; and source and destination IP addresses and port numbers;

d. For the time period from ███████ to, and including, ███████ All records of user activity for each connection made to or from the Account, including ████████████████████████████████████data transfer volume; user names; and source and destination IP addresses;

e. For the time period from ███████, to, and including, ███████: All transactional records for all PROVIDER services used by an Account user, including the source and destination addresses and all IP addresses associated with each communication, the date and time at which each message or other communication was sent, and the size and length of each message or other communication;

f. All records regarding identification of the Account, including names, addresses, telephone numbers, alternative e-mail addresses provided during registration, means and source of payment (including any credit card or bank account number), records of

2

session times and durations (including IP addresses, cookies, device information, and other identifiers linked to those sessions), records of account registration (including the IP address, cookies, device information, and other identifiers linked to account registration), length of service and types of services utilized, account status, methods of connecting, and server log files;

g.  Basic subscriber records and login history (including, as described in 18 U.S.C. § 2703(c)(2), names, addresses, records of session times and durations, length of service and types of service utilized, instrument numbers or other subscriber numbers or identities, and payment information) concerning any PROVIDER account (including both current and historical accounts) ever linked to the Account by a common e-mail address (such as a common recovery e-mail address), or a common telephone number, means of payment (*e.g.*, credit card number), registration or login IP addresses (during one-week period), registration or login cookies or similar technologies, or any other unique device or user identifier;

h.  All records pertaining to devices associated with the Account and software used to create and access the Account, including device serial numbers, instrument numbers, model types/numbers, International Mobile Equipment Identities ("IMEI"), Mobile Equipment Identifiers ("MEID"), Global Unique Identifiers ("GUID"), Electronic Serial Numbers ("ESN"), Android Device IDs, phone numbers, Media Access Control ("MAC") addresses, operating system information, browser information, mobile network information, information regarding cookies and similar technologies, and any other unique identifiers that would assist in identifying any such device(s);

3

i.  For the time period from ▮▮▮▮▮▮ to, and including, ▮▮▮▮▮▮▮: All information held by PROVIDER related to the location and location history of the user(s) of the Account, including geographic locations associated with the Account (including those collected for non-PROVIDER based applications), IP addresses, Global Positioning System ("GPS") information, GPS coordinates and the dates and times of all location recordings and information pertaining to nearby devices, Wi-Fi access points, and cell towers;

j.  For the time period from ▮▮▮▮▮, to, and including, ▮▮▮▮▮▮: All records pertaining to communications between PROVIDER and any person regarding the Account, including contacts with support services and records of actions taken; and

k.  Information about any complaint, alert, or other indication of malware, fraud, or terms of service violation related to the Account or associated user(s), including any memoranda, correspondence, investigation files, or records of meetings or discussions about the Account or associated user(s) (but not including confidential communications with legal counsel).

Within 14 days of the service of this warrant, PROVIDER shall deliver the information set forth above via United States mail or courier to: ▮▮▮▮▮ Special Agent ▮▮▮▮▮▮ Federal Bureau of Investigation, J. Edgar Hoover Building, ▮▮▮▮▮▮▮▮▮ Pennsylvania Avenue, NW, Washington, D.C. 20535-0001, or via e-mail to ▮▮▮▮▮▮▮▮▮

4

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of criminal laws of ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████ regarding threats and terrorism offenses, including, for the Account, information pertaining to the following matters:

(a) Information that constitutes evidence of the identification or location of the user(s) of the Account;

(b) Information that constitutes evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with the Account about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts;

(c) Information that constitutes evidence indicating the Account user's state of mind, e.g., intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

(d) Information that constitutes evidence concerning how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account user; and

(e) Any information that constitutes evidence of acts of terrorism, including but not limited to: the acquisition, construction, and/or usage of bombs, explosives, ████████████████████████████████ media, statements, and/or threats

5

referencing or concerning killing or physically harming individuals; and the commission, planning, and/or preparation of an attack on individuals in ███████ and/or against individuals in any other public or private place.

## III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by the PROVIDER and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States and shared with appropriate foreign authorities.

Law enforcement personnel will then seal any information from PROVIDER that does not fall within the scope of Section II and will not further review the information absent an order of the Court.